## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Arturo Herrera
                       Plaintiff,

v.                                               Case No.: 1:19–cv–08298
                                                       Honorable Robert M. Dow Jr.

Mark DiMeo, et al.
                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 2, 2020:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Telephone conference held. Plaintiff's response to Defendants' partial motion to dismiss Plaintiff's amended complaint [37] is due by 10/2/2020; Defendants' reply in support is due 10/16/2020; motion is taken under advisement and the Court will issue a ruling by mail. After the Court rules on the motion, parties are to file a joint status report. Parties to proceed with discovery as outline on the record. Mailed notice(cdh, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.